UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMELA J. BIAGAS<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 01-2578 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER AND FINAL JUDGMENT
(January 25, 2010)

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [# 52] is GRANTED, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and that the case is dismissed with prejudice. This is a final appealable Order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge